**No. 11-5589. Raymond E. Quigley, Petitioner v. United States.**

565 U.S. 915, 132 S. Ct. 331, 181 L. Ed. 2d 206, 2011 U.S. LEXIS 5992.

October 3, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 5 A.3d 22.